®JS 44 (Rev. 11/04)                                    **CIVIL COVER SHEET**                                    APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provide by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiatin the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS:** LESLIE MARTIN & ROBERT

**DEFENDANTS:** ZENITH ACQUISITION CORPORATION

**(b)** County of Residence of First Listed Plaintiff  Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  Cary L. Flitter, Esq.
Lundy, Flitter, Beldecos & Berger, P.C., 450 N. Narberth Avenue, Narberth, PA 19072, (610) 822-0782

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 442 Employment | **Habeas Corpus:** | | | |
| ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §1692
Brief description of cause: Fair Debt Collection Practices Act

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint  JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  5/11/07     SIGNATURE OF ATTORNEY OF RECORD  /s/ Cary L. Flitter

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

**APPENDIX I**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| LESLIE MARTIN & ROBERT MARTIN | : | CIVIL ACTION |
| V. | : | |
| ZENITH ACQUISITION CORPORATION | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.   (   )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits   (   )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( ✓ )

(d)  Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   (   )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases)   (   )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.   (   )

| | | |
|---|---|---|
| 5/11/07 | _[signature]_ | CARY L. FLITTER |
| **Date** | **Attorney at Law** | **Attorney for Plaintiffs** |
| 610-822-0782 | 610-667-0552 | cflitter@lfbb.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

UNITED STATES DISTRICT COURT      APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 2645 Ogden Avenue, Boothwyn, PA 19061

Address of Defendant: 220 John Glenn Drive, Suite One, Amherst, NY 14228

Place of Accident, Incident or Transaction: 2645 Ogden Avenue, Boothwyn, PA 19061
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☐   No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☐

RELATED CASE, IF ANY:

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐  No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
   (Please specify) 15 U.S.C. §1692 Fair Debt Collection Practices Act

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
  ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

  ☐ Relief other than monetary damages is sought

DATE: _____  _____  _____
                                  Attorney-at-Law               Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 5/11/07   *[signature]*   35047
                  Attorney-at-Law              Attorney I.D.

CIV.609 (4/03)

clf\martin-zenith\pleadings\complaint051107

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE MARTIN<br>2645 Ogden Avenue<br>Boothwyn, PA 19061<br><br>and<br><br>ROBERT MARTIN<br>2645 Ogden Avenue<br>Boothwyn, PA 19061<br>                Plaintiffs<br><br>vs.<br><br>ZENITH ACQUISITION CORPORATION<br>220 John Glenn Drive<br>Suite One<br>Amherst, NY 14228<br>                Defendant | CIVIL ACTION<br><br><br><br>NO. |

## **COMPLAINT**

### I. **INTRODUCTION**

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA"). The FDCPA prohibits collectors from engaging in deceptive and unfair practices in the collection of consumer debt. After the parties reached a written repayment agreement over this disputed obligation and plaintiff made payments ahead of schedule, defendant used self-help to electronically withdraw additional sums from plaintiff's bank account without authorization.

### II. **JURISDICTION**

2. Jurisdiction arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

1

III. **PARTIES**

3.   Plaintiff is Leslie Martin. Leslie Martin is an adult individual and consumer, resident at the above address.

4.   Plaintiff is Robert Martin. Robert Martin is an adult individual and consumer, resident at the above address.

5.   Defendant Zenith Acquisition Corporation (hereinafter "Zenith") is believed to be a New York corporation with an address as captioned.

6.   Zenith uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, or regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

7.   Zenith is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. §1692a(6).

IV. **STATEMENT OF CLAIM**

8.   In early February 2007, a collector with Zenith telephoned the home of Robert Martin.

9.   The collector and Robert discussed a consumer debt alleged to be due by Robert's daughter, plaintiff Leslie Martin.

10.  Although the debt was disputed, Robert reached an agreement with Zenith to pay $1,000.00 to commence an installment payment agreement. ("Settlement Agreement")

11.  Robert requested that the settlement agreement be committed to writing and Zenith did so by letter dated February 8, 2007. A copy of the letter agreement is attached hereto as Exhibit "A".

2

12.     Robert then made the initial payment on behalf of Leslie by electronic payment via telephone on or about February 10, 2007, in the amount of $1,000.00.

13.     The settlement agreement called for monthly payments thereafter, beginning on March 10, 2007 in the amount of $60.00 per month on the 10th of each month.

14.     Plaintiff made all payments on time, in fact made payments early. Plaintiff paid the March 10, 2007 payment on February 26, 2007, the April 10, 2007 payment on March 3, 2007 and the May 10, 2007 payment on March 13, 2007. Check numbers and the declining balance is reflected on Exhibit "A".

15.     Notwithstanding that the parties reached an agreement on the settlement figure, and plaintiffs were current, Zenith proceeded to electronically withdraw additional sums from Robert's bank account.

16.     No withdrawals from Robert's account were authorized or agreed to by Robert.

17.     Moreover, plaintiffs were performing under the settlement agreement, and indeed were paid ahead of the agreed upon schedule.

18.     Defendant's actions in using self-help to access bank account was deceptive, unfair and a breach of the agreement between the parties.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

19.     Plaintiffs repeat the allegations contained above as if the same were here set forth at length.

20.     Defendant Zenith has violated the Fair Debt Collection Practices Act in the following ways:

21.     By using deceptive or misleading means in connection with the collection of a debt including a) taking action which can not be legally taken, 15 U.S.C. §1692e, §1692e(5);

b) by using unfair or unconscionable means to collect or attempt to collect a debt; c) making an electronic withdrawal from plaintiff's bank account without proper notice or authorization, 15 U.S.C. §1692f.

**WHEREFORE**, plaintiffs, Leslie Martin and Robert Martin demand judgment against defendant Zenith. for:

    (a)    Actual damages;

    (b)    Statutory damages;

    (c)    Attorney's fees and costs; and

    (d)    Such other and further relief as the Court shall deem just and proper.

## V.  DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 5/11/07

/s/ *Cary L. Flitter – CLF5997*
CARY L. FLITTER
Attorney for Plaintiff

LUNDY, FLITTER,
BELDECOS & BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782

4